AVROM R.VANN, ESQUIRE
AVROM R. VANN, P.C.
**Attorney for Mosdos Chofetz Chaim, Inc.**
2 University Plaza Drive - Suite 600
Hackensack, New Jersey 07601-6224
 (212) 382-1700

**DAVIDOFF HUTCHER & CITRON LLP**
**Attorneys for Rabbi Mayer Zaks derivatively**
**On behalf of MOSDOS CHOFETZ CHAIM INC**
605 Third Avenue
New York, New York 10158
(914) 381-7400

-------------------------------------------------------------x
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 – Post Confirmation |
| **MOSDOS CHOFETZ CHAIM INC.,** | Case No. 12-23616(rdd) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
**MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,SIMA WEINTRAUB, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., DANIEL ROSENBLUM, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., JOSEPH GRUNWALD, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., and YISROEL HOCHMAN, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,**

        **Plaintiffs,**

   -Against-

| | |
|---|---|
| **MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM LLC., CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ and STERLING NATIONAL BANK,** | Adv. Pro. No. 20-08949 |

                                                                                      **Defendants.**

---------------------------------------X

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that the above-captioned Plaintiffs, Mosdos Chofetz Chaim, Inc. and Mayer Zaks, Derivatively on behalf of Mosdos Chofetz Chaim, Inc. hereby appeal, pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Order Signed on April 2, 2021 and docketed on April 2, 2021 in the Adversary Proceeding as ECF Docket No. 148 (the "Order"). A copy of the Order is attached.

This appeal is made pursuant to Federal Rule of Bankruptcy Procedure 8002(a).

In accordance with Rule 8004-1 of the United States District Court for the Southern District of New York, the names of the parties to the Order and their respective attorneys of record are listed below:

*Plaintiff*

------------------------

| | |
|---|---|
| **Mosdos Chofetz Chaim, Inc.** | **Avrom R. Vann**<br>Avrom R. Vann, P.C.<br>420 Lexington Avenue<br>Suite 2400<br>New York, NY 10170<br>(212) 382-1700<br>Fax : (212) 661-6976<br>Email: a2442@aol.com |

*Plaintiff*

------------------------

| | |
|---|---|
| **Mayers Zaks,** *Derivatively on behalf of Mosdos Chofetz Chaim, Inc.* | **James B. Glucksman**<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>212-557-7200<br>Fax : 212-286-1884<br>Email: jbg@dhclegal.com<br><br>**Robert Leslie Rattet**<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>212-557-7200<br>Email: rlr@dhclegal.com |

V.

*Defendant*

------------------------

| | |
|---|---|
| **Mosdos Chofetz Chaim Inc.** | represented by **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>Fax : 212-422-6836<br>Email: TDonovan@GWFGlaw.com |

3

          **Michael Levine**
Levine & Associates, P.C.
15 Barclay Road
Scarsdale, NY 10583
914-600-4288
Fax : 914-725-4778
Email: ml@levlaw.org
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Chofetz Chaim Inc.**  represented by **Michael Levine**
(See above for address)

*Defendant*
-----------------------
**Shem Olam Inc.**  represented by **Daniel N Zinman**
Kriss & Feuerstein, LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
212-661-2900
Fax : 212-661-9397
Email: dzinman@kandfllp.com

*Defendant*
-----------------------
**Congregation Radin Development Inc.**  represented by **Brendan M. Scott**
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036
(212) 972-3000
Fax : (212) 972-2245
Email: bscott@klestadt.com

*Defendant*
-----------------------
**Aryeh Zaks**  represented by **Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor

4

        New York, NY 10036
        (212)-301-6944
        Fax : (212) 422-6836
        Email: KNash@gwfglaw.com
        *LEAD ATTORNEY*

*Defendant*
-----------------------
**Sterling National Bank**    represented  **Milad Boddoohi**
        by  Schwartz Sladkus Reich Greenberg Atlas LLP
        444 Madison Avenue, 6th Floor
        New York, NY 10022
        212-743-7039
        Email: mboddoohi@ssrga.com

        **Ethan Allen Kobre**
        Schwartz Sladkus Reich Greenberg Atlas LLP
        270 Madison Avenue
        New York, NY 10016
        212-743-7000
        Email: ekobre@ssrga.com

*Defendant*
-----------------------
**Henoch Zaks**    represented  **Aaron Lauchheimer**
        by  Morrison Cohen LLP
        909 Third Avenue
        New York, NY 10036
        212-735-8600
        Fax : 212-735-8708
        Email: alauchheimer@morrisoncohen.com

        **Joseph Thomas Moldovan**
        Morrison Cohen LLP
        909 Third Avenue
        New York, NY 10022-4731
        (212) 735-8600
        Fax : (212) 735-8708
        Email: bankruptcy@morrisoncohen.com

        **Y. David Scharf**
        Morrison Cohen LLP
        909 Third Avenue
        New York, NY 10022

        212.735.8604
        Fax : 212.735.8708
        Email: dscharf@morrisoncohen.com
        *LEAD ATTORNEY*

*Counter-Defendant*
----------------------
**Mosdos Chofetz Chaim, Inc.**

Dated:  White Plains, New York
       April 2, 2021

        AVROM R.VANN, ESQUIRE
        AVROM R. VANN, P.C.
        Attorney for MOSDOS CHOFETZ CHAIM INC.
        2 University Plaza Drive - Suite 600
        Hackensack, New Jersey 07601-6224
        (212) 382-1700

        DAVIDOFF HUTCHER & CITRON LLP
        Attorneys for Rabbi Mayer Zaks derivatively
        On behalf of MOSDOS CHOFETZ CHAIM INC.
        605 Third Avenue
        New York, New York 10158
        (914) 381-7400

           /s/ James B. Glucksman
BY:  _____
        JAMES B. GLUCKSMAN
        JAMES B. GLUCKSMAN, OF COUNSEL