UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MOSDOS CHOFETZ CHAIM INC., | Case No. 12-23616(rdd) |
| | : Post-Confirmation |

------------------------------------------------------X

| | |
|---|---|
| MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., SIMA WEINTRAUB, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., DANIEL ROSENBLUM, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., JOSEPH GRUNWALD, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., and YISROEL HOCHMAN, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., | : Adv. Pro. No. 20-08949-rdd |
| Plaintiffs, | : |
| - against- | : |
| MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM LLC., CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ and STERLING NATIONAL BANK, | : |
| Defendants. | : |

------------------------------------------------------X

**ORDER DENYING MOTION BY PLAINTIFF MOSDOS CHOFETZ
CHAIM INC. FOR RECONSIDERATION, REARGUMENT
AND/OR RELIEF FROM THE COURT'S JANUARY 27, 2021 ORDER**

Upon the motion [DE-1-4] (with the exhibits thereto, the "Motion") of Plaintiff Mosdos Chofetz Chaim Inc. for reconsideration, reargument and/or relief from the January 27, 2021 Order of this Court [DE-102], or for modification of the same, pursuant to Fed. R. Bankr. P. 7052, 9023 and/or 9024, incorporating Fed. R. Civ. P. 52(b), 59 and 60, respectively; and the Joint Objection of Defendant Mosdos Chofetz Chaim Inc. and Rabbi Aryeh Zaks to the Motion [DE-144] and the Exhibits thereto annexed [DE-144-1, DE-144-2 and DE-144-3]; and upon the record of the hearing held by the Court on the Motion on March 26, 2021 and all of the proceedings herein; and after

due deliberation and for the reasons stated by the Court in its bench ruling at the conclusion of the March 26, 2021 hearing, it is hereby

**ORDERED**, that the Motion is denied; and it is further

**ORDERED**, that the Court shall retain exclusive jurisdiction to resolve all matters relating to, or arising in connection with, the interpretation and/or implementation of this Order.

Dated: White Plains, New York
April 2, 2021

*/s/Robert D. Drain*

**HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE**