

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

> Application granted. Appellees shall file their opposition brief by September 1, 2021; Appellant's shall file their reply brief by September 15, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 40.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 31, 2021

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10

Re: Congregants of Mosdos v. Mosdos (21-cv-2872 ~~and 21-cv-2878~~)

Dear Judge Halpern:

We are legal counsel for Defendant/Appellee, Congregation Radin Development, Inc. ("CRDI"). We write jointly on behalf of CRDI, and Defendants/Appellees, Mosdos Chofetz Chaim, Inc., Aryeh Zaks and Chofetz Chaim, Inc. (collectively, "Appellees") to respectfully request a two-day extension of the time for the Appellees to file the Appellees' Brief through and including September 1, 2021. We would of course agree to an extension of equal length for the Appellants to file their reply brief, which would set the Appellants' deadline to file their reply on September 15, 2021

The Appellees anticipated finishing and filing their Appellee Brief today, but were required to participate in an evidentiary hearing before Judge Drain in the United States Bankruptcy Court for the Southern District of New York on related matters that began at 10:00 am this morning and did not conclude until almost 7:00 pm this evening. As a result, the Appellees were unable to finalize their brief today. The Appellees respectfully request two additional days to file their brief in the respective appeals referenced above.

Due to the late hour that the evidentiary hearing concluded, we did not contact counsel for the Appellants prior to filing this letter. This is the Appellees' second request for an extension of time. The Appellants consented to the Appellees' first request for an extension.

We will be available at the Court's convenience today to discuss the foregoing request. Thank you for your consideration.

Respectfully submitted,
/s/ Brendan M. Scott
Brendan M. Scott