**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RABBI MAYER ZAKS, et al.,

                    Plaintiffs,

  -against-                                               21 **CIVIL** 2872 (PMH)
                                                              21 **CIVIL** 2878 (PMH)

                                                                 **JUDGMENT**

MOSDOS CHOFETZ CHAIM INC., et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated December 7, 2021, the Bankruptcy Court's April 2, 2021 Orders docketed at Adv. Proc., Doc. 148 and Doc. 149 are AFFIRMED; accordingly, the cases are closed.

**Dated:**  New York, New York

      December 8, 2021

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                               **Clerk of Court**
                        **BY:**      *K. Mango*
                                                         _____
                                                               **Deputy Clerk**